**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Check #.: **1221567**

Payee: Clerk, U.S. Bankruptcy Court

Date: 04/27/2022

Please notify the Court & this office of any changes concerning filing (e.g. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|--------|---------|----------------|-----------|---------|-----------|----------|-------|
| 1760176 | 00014 | DAVID A. WOLCHANSKY<br>Original Check written to:<br>LOWELL AND MARGARET HATCH<br>6373 AUTUMN CREST COURT<br>WESTERVILLE, OH,   43082 | | 60,631.21 | 4,118.79 | 0.00 | 4,118.79 |
| | | **TOTALS** | | 60,631.21 | 4,118.79 | 0.00 | 4,118.79 |